LATHAM & WATKINS LLP
   David A. Barrett (Bar No. 138096)
   *david.barrett@lw.com*
   Daniel Scott Schecter (Bar No. 171472)
   *daniel.schecter@lw.com*
   James H. Moon (Bar No. 268215)
   *james.moon@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  +1.213.485.1234
Facsimile:   +1.213.891.8763

JS-6

NOTE: CHANGES MADE BY THE COURT

LATHAM & WATKINS LLP
   Thomas J. Heiden (*pro hac vice*)
   *thomas.heiden@lw.com*
   Michael J. Nelson (*pro hac vice*)
   *michael.nelson@lw.com*
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606-1304
Telephone:  +1.312.876.7700
Facsimile:   +1.312.993.9767

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BROWN; CHARLES DETWILER; and DWIGHT HICKS; on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>        v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation; and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, d/b/a NFL PLAYERS, a Virginia corporation,<br><br>               Defendants. | Case No. CV11-01953 RGK (FFMx)<br><br>Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[*Stipulation Regarding Judgment Filed Concurrently*] |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DC\2268724.4

[PROPOSED] JUDGMENT
CV11-01953 RGK (FFMx)

1    Pursuant to the parties' stipulation filed on September 14, 2012, IT IS

2  HEREBY ORDERED that:

3    (1)    Judgment, as defined in Federal Rule of Civil Procedure 54(a), shall

4    be entered in favor of Defendants; and Plaintiffs shall take nothing by

5    way of their Complaint, their First and Second Claims for Relief for

6    breach of fiduciary duty and an accounting shall be dismissed on the

7    merits, and Defendants shall be considered the prevailing parties and

8    be awarded costs pursuant to Federal Rule of Civil Procedure 54 and

9    Local Rule 54;

10    (2)    The parties shall preserve all rights to appeal issues raised in this

11    action;

12    (3)    If the Ninth Circuit affirms the Court's Order granting Defendants'

13    Motion for Summary Judgment in *Grant v. NFLPA*, No. CV11-03118

14    RGK (FFMx), the Plaintiffs in this action, *Brown v. NFLPA*, No.

15    CV11-01953 RGK (FFMx), shall not further pursue the claims for

16    relief asserted in this action (the "Claims") or seek to overturn the

17    Judgment entered in this case and expressly waive any right to pursue

18    their Claims;

19    (4)    In the event of a remand from the Ninth Circuit, Defendants shall be

20    entitled to move for summary judgment pursuant to Federal Rule of

21    Civil Procedure 56**, TO THE EXTENT SUCH RELIEF IS NOT**

22    **PRECLUDED BY OR INCONSISTENT WITH THE NINTH**

23    **CIRCUIT'S REMAND ORDER**; and

24

25

26

27

28

1    (5)    This Court retains exclusive jurisdiction to enforce the terms of this

2           Judgment.

3    **IT IS SO ORDERED.**

4

5    Dated:  September 20, 2012

     _____
6                                    Hon. R. Gary Klausner
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28