LATHAM & WATKINS LLP
  David A. Barrett (Bar No. 138096)
  *david.barrett@lw.com*
  Daniel Scott Schecter (Bar No. 171472)
  *daniel.schecter@lw.com*
  James H. Moon (Bar No. 268215)
  *james.moon@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
  Thomas J. Heiden (*pro hac vice*)
  *thomas.heiden@lw.com*
  Michael J. Nelson (*pro hac vice*)
  *michael.nelson@lw.com*
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606-1304
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

Attorneys for Defendants

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BROWN; CHARLES DETWILER; and DWIGHT HICKS; on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation; and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, d/b/a NFL PLAYERS, a Virginia corporation,<br><br>          Defendants. | Case No. CV11-01953 RGK (FFMx)<br><br>Hon. R. Gary Klausner<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>[*Stipulation Regarding Judgment Filed Concurrently*] |

      Pursuant to the parties' stipulation filed on September 14, 2012, IT IS HEREBY ORDERED that:

(1) Judgment, as defined in Federal Rule of Civil Procedure 54(a), shall be entered in favor of Defendants; and Plaintiffs shall take nothing by way of their Complaint, their First and Second Claims for Relief for breach of fiduciary duty and an accounting shall be dismissed on the merits, and Defendants shall be considered the prevailing parties and be awarded costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54;

(2) The parties shall preserve all rights to appeal issues raised in this action;

(3) If the Ninth Circuit affirms the Court's Order granting Defendants' Motion for Summary Judgment in *Grant v. NFLPA*, No. CV11-03118 RGK (FFMx), the Plaintiffs in this action, *Brown v. NFLPA*, No. CV11-01953 RGK (FFMx), shall not further pursue the claims for relief asserted in this action (the "Claims") or seek to overturn the Judgment entered in this case and expressly waive any right to pursue their Claims;

(4) In the event of a remand from the Ninth Circuit, Defendants shall be entitled to move for summary judgment pursuant to Federal Rule of Civil Procedure 56**, TO THE EXTENT SUCH RELIEF IS NOT PRECLUDED BY OR INCONSISTENT WITH THE NINTH CIRCUIT'S REMAND ORDER**; and

1     (5)     This Court retains exclusive jurisdiction to enforce the terms of this
2            Judgment.
3   **IT IS SO ORDERED.**
4
5 Dated: September 20, 2012
                                  Hon. R. Gary Klausner
6                                   United States District Judge

LATHAM&WATKINS LLP DC\2268724.4         3         [PROPOSED] JUDGMENT
ATTORNEYS AT LAW                                     CV11-01953 RGK (FFMx)
LOS ANGELES